69,805-04

ABEL ACOSTA
THE CLERK of the COURT of CRIMINAL APPEALS of TEXAS
P.O. BOX 12308.
AUSTIN TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 17 2015
Abel Acosta, Clerk

DEAR CLERK ABEL ACOSTA

    I MANUEL G. Muñoz JR TDCJ No# 1505156 Am writting you Concern My New TDCJ UNIT Address as I have been Moved once again Now from The Byrd unit To The Styles Unit, 3060 FM3514, BEAumont Tx. 77705 you Should have in your Possession The MeMoRandum and, Brief Plus The 11.07 writ of Habeas Corpus along with Several Exhibits That I remail out To you Through The BEXAR County Clerk of San Antonio Tx. 78205. Ms DONNA McKay, Please Excuse The delay due To No STamps on hand. Sir Could you Please re Mail me The First Exhibit being The Parole Violation Misdemeanor I recieved when I got To Garza West Stating I was There on a Parole Misdemeanor violation in which I wrote you a letter Explaining That; That Misdemeanor, Failure To Stop and Render Aid, Came in Conflict with The 437th District Court As it is Not a Misdemeanor Court Nor did it have Jurisdiction over a Civil Statute I Also hope, That The 4th Court of Appeals Answer was included in the records As The records I obtain Show Time Served Not a Plea at Twelve yrs Furthermore I Am requesTing That Violation Parole Paper back To keep for

My records. NOTE The F.T.S.R.A. is a Civil Statute Misdemeanor And that The District Court 437th Abused its discretion dening Petitioner the Right of Due Process of law To be Served a Indictment in a Timely Mannor of the required 180 days. As Petitioner did not bond out and was held on a Blue Warrant; Also The Indictment is Fundamentally Defective in that is does not State an offense or Mention the required Culpable Mental State of the Statutory language of the requisites of the Statutory Conduct Knowledge - Viz that the Actor "Knew" an Accident had occurred Such Knowledge Must be The Elements recognized in The Instrument before one individual can be Charged With The offense of Failure to Stop And Render Aid. NOTE that Petitioner was Not Arraigned before a Magistrate Judge, and that Some official at the State forged Petitioner Name along with Some unknow Magistrate Judge Located at 401 S. Frio St San Antonio Tx. 78,205    Sincerely

Manuel J Munoz Jr.
TDCJ No# 1505151 STiles unit
3060 FM 3514
BEAMont TX. 77705


Please return All Notice and Documents Legal or Exhibits Back to This address. As Petitioner Seek relief and Any Thing Else he May be Intitled to recieve.
Thank you Mr Acosta for your Time.